No. 808. FEDERAL POWER COMMISSION *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.; and

No. 822. CITY OF COLTON *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The cases are consolidated and a total of two hours is allowed for oral argument. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander, Richard A. Solomon, Howard E. Wahrenbrock, Thomas M. Debevoise* and *Peter H. Schiff* for petitioner in No. 808. *John W. Cragun* and *Reuben Goldberg* for petitioner in No. 822. *Harry W. Sturges, Jr.* and *Boris H. Lakusta* for Southern California Edison Co., and *J. Thomason Phelps* for Public Utilities Commission of California, respondents.

No. 833. ARO MANUFACTURING CO., INC., ET AL. *v.* CONVERTIBLE TOP REPLACEMENT CO., INC. Motion to use the record in *Aro Mfg. Co.* v. *Convertible Top Replacement Co.,* No. 21, October Term, 1960 (365 U. S. 336), granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted. *David Wolf* and *Charles Hieken* for petitioners. *Elliott I. Pollock* for respondent.

No. 818. UNIVERSAL FILM EXCHANGES, INC., ET AL. *v.* BOARD OF FINANCE AND REVENUE. Supreme Court of Pennsylvania. Certiorari denied. *Wm. A. Schnader* and *Samuel D. Slade* for petitioners. *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *George W. Keitel* and *Edward T. Baker,* Deputy Attorneys General, for respondent.